**FARUQI & FARUQI, LLP**
Barbara A. Rohr (SBN 273353)
brohr@faruqilaw.com
Benjamin Heikali (SBN 307466)
bheikali@faruqilaw.com
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

**MONTEVERDE & ASSOCIATES PC**
David E. Bower (SBN 119546)
dbower@monteverdelaw.com
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Telephone: (213) 446-6652

*Attorneys for Plaintiff Brian Joyce*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JOYCE, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IXIA, ERROL GINSBERG, BETHANY MAYER, LAURENT ASSCHER, JONATHAN FRAM, GAIL HAMILTON, and ILAN DASKAL,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 2:17-cv-02071-R-AFM<br><br>Assigned To Hon. Manuel L. Real<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Action Filed: March 15, 2017<br>Trial Date: None Set |

Having considered the Stipulation of Dismissal submitted by Plaintiff Brian Joyce and Defendants, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff only. All claims on behalf of the putative class are dismissed without prejudice.

2. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's forthcoming Fee Application, if such Fee Application becomes necessary.

4. This Order is entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee Application, which includes the Defendants' right to oppose the Fee Application.

5. To the extent that the parties are unable to reach an agreement concerning the Fee Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6. Upon completion of briefing, the parties shall promptly contact the Court to schedule argument regarding Plaintiff's Fee Application at a time convenient to the Court.

7. This action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending dates are vacated by the Court. If the parties reach an agreement concerning the Fee Application, they will notify the Court.

**IT IS SO ORDERED.**

Dated: April 18, 2017

---
Honorable Manuel L. Real
United States District Judge